UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    CASE NO. 15-20719

JAMES P. COSENTINO,                                       CHAPTER 11

            Debtor.
_____/

**SUMMARY FOR FINAL APPLICATION OF THE LAW FIRM OF BAKER &
HOSTETLER LLP FOR AWARD OF ATTORNEYS' FEES i/a/o $77,263.50
AND REIMBURSEMENT OF EXPENSES i/a/o $717.27
AND ESTIMATED FEES AND EXPENSES i/a/o $10,000.00**

| | |
|---|---|
| 1. Applicant's Name: | Baker & Hostetler LLP |
| 2. Role of Applicant: | Counsel for the Debtor |
| 3. Certifying Professional: | Elizabeth A. Green |
| 4. Date Case Filed: | 6/13/2015 |
| 5. Date of Employment Application: | 6/18/2015 |
| 6. Date of Order Authorizing Employment: | 7/14/2015, *nunc pro tunc* to 6/13/2015 |
| 7. Disclosure of Compensation Form Filed: | 6/18/2015 |
| 8. Date of this Application: | 11/18/15 |
| 9. Dates of Services Rendered: | 6/13/2015 to 11/15/15, actual<br>11/16/15 to 12/2/15, estimate |
| FEES | |
| 10. Amount of Fees Requested for Application Period: | $ 77,263.50 |
| 11. Balance Remaining in Fee Retainer Account, not yet awarded: | $ |
| 12. Fees Paid or advanced for this Period, by other sources | $    0.00 |
| 13. Net amount of actual fees requested for this period: | $ 77,263.50 |
| EXPENSES | |
| 14. Amount of Expenses Requested for this Period: | $    717.27 |
| 15. Balance Remaining in Expense Retainer Account, not yet awarded: | $    0.00 |
| 16. Expenses paid or advanced for this Period, by other sources | $    0.00 |
| 17. Net amount of actual expenses requested for this period: | $    717.27 |
| 18. Gross award requested for this period  (#10 + #14) | $ 77,980.77 |
| 19. Net award requested for this period  (#13 + #17) | $ 77,980.77 |
| 20. If Final Fee Application, amount of net awards requested in Interim Applications, but not previously awarded (total from History of Fees and Expenses on the following pages: | $    0.00 |
| 21. Total actual fees and expenses award requested (#19 +#20) | $ 77, 980.77 |
| 22. Estimate of fees and expenses for 11/16/15 through 12/2/15 | $ 10,000.00 |

History of Fees and Expenses

1. Dates, sources, and amount of retainers received:

   | Dates: | Sources: | Amounts: | For Fees or Costs? |
   |---|---|---|---|
   | 2/27/2015 | Debtor | $30,000 | $7,120.80 applied to pre-petition fees and costs |
   | 6/8/2015 | Debtor | $60,000 | Yes |

2. Dates, sources, and amounts of third-party payments received:    N/A

3. Prior fee and expense award:    N/A

**CERTIFICATION OF ELIZABETH A. GREEN IN SUPPORT OF THE FINAL APPLICATION OF THE LAW FIRM OF BAKER & HOSTETLER LLP FOR AWARD OF ATTORNEYS' FEES i/a/o $77,263.50 AND REIMBURSEMENT OF EXPENSES i/a/o $717.27 AND ESTIMATED FEES AND EXPENSES i/a/o $10,000.00**

1. I have been designated by Baker & Hostetler, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for the Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's Application for Compensation and Reimbursement of Expenses (the "Application").

3. To the best of my knowledge, information and belief, formed after reasonable inquiry, the Application complies with the Guidelines.

4. To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in the this certification and described in the Application.

5. Except to the extent that fees or expenditures are prohibited or restricted by the Guidelines, the fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6. In providing a reimbursable service, the Applicant does not make a profit on that service (other than the time charged for professionals and paraprofessionals)

7. In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditures and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines.).

8. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

9. The Debtor, U.S. Trustee, and their respective attorneys, will be mailed, simultaneously with the filing of this Application with the Court, a complete copy of the Application (including all relevant exhibits).

10. To Applicant's knowledge, there are no variances with the provisions of the Guidelines.

I HEREBY CERTIFY that the foregoing is true and correct.

DATED this 18th day of November, 2015.

_____
Elizabeth A. Green
Florida Bar No. 0600547
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801
Tel: 407-649-4000
Fax: 407-841-0168
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      CASE NO. 15-20719

JAMES P. COSENTINO, et al.                                  CHAPTER 11

   Debtors.
_____/

**FINAL APPLICATION OF THE LAW FIRM OF BAKER & HOSTETLER LLP
FOR AWARD OF ATTORNEYS' FEES i/a/o 77,263.50
AND REIMBURSEMENT OF EXPENSES i/a/o $717.27
AND ESTIMATED FEES AND EXPENSES i/a/o $10,000.00**

**ELIZABETH A. GREEN** and the law firm of **BAKER & HOSTETLER LLP**, ("Applicant" or "B&H"), as counsel for JAMES P. COSENTINO ("Debtor"), hereby submit its final application for award of compensation ("Application") for services rendered and expenses incurred in the amount of $77,980.77 for the period commencing June 13, 2015 through November 15, 2015 ("Application Period"), and for approval of estimated fees and expenses in the amount of $10,000.00 for the period November 16, 2015 through December 2, 2015, the date set for the hearing on confirmation of Debtor's Plan Of Reorganization ("Confirmation Hearing"). In support of the Application, the Applicant states:

A.  **RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION
    AND REQUESTED AWARD**

1.  On June 13, 2015, the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

2.  On June 18, 2015, the Debtor filed its Application to Employ Applicant as counsel for the Debtor, *nunc pro tunc* to June 13, 2015. (Doc. No. 14)

5

3. On July 14, 2015, the Court entered an Order Granting the Application to Employ Applicant as counsel for the Debtor, *nunc pro tunc* to June 13, 2015. (Doc. No. 35)

4. This Application is filed pursuant to 11 U.S.C. Section 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this Application, pursuant to the Guidelines are:

**Exhibits "1-A' and "1-B" – Summary of Professional and Paraprofessional Time**

**Exhibit "2" - Summary of Requested Reimbursements of Expenses**

**Exhibit "3" - Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.**

5. The Applicant requests an award of legal fees and the reimbursement of expenses incurred by the Applicant for services rendered during the Application Period, in the aggregate amount of $77,980.77 which is comprised of (a) $77,263.50 in fees and (b) $717.27 for actual and necessary expenses incurred by the Applicant, plus estimated fees and expenses in the amount of $10,000.00 for the estimated period, for which a supplemental fee application will be filed on December 1, 2015 detailing the actual services and expenses incurred during the Estimated Period.

6. The Applicant has expended a total of 247.40 hours during the Application Period in rendering necessary and beneficial legal services as counsel to the Debtor. **Exhibit 1-A** contains a list of the Applicant's professional and paraprofessionals who have provided services during the Application Period, the hourly rates charged by each and a summary of time expended by each. **Exhibit 1-B** contains a summary of professional and paraprofessional time by activity code as required by, and in compliance with, the Guidelines. **Exhibit 2** contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, for which the Applicant seeks reimbursement in accordance with Section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines. **Exhibit 3** contains a daily description of the services

rendered and the hours expended by the various attorneys and paraprofessionals of the Applicant who performed services in this case, as well as a detailed listing of the expenses and disbursements for which the Applicant seeks reimbursement.

**B.    BACKGROUND**

7.    On October 16, 2015, the Debtor filed his Chapter 11 Plan and Disclosure Statement (Doc. Nos. 59, 60), and an Ex-Parte Motion for Entry of an Order Conditionally Approving Disclosure Statement and Scheduling a Combined Final Hearing on Approval of Disclosure Statement and Plan Confirmation (Doc. No. 61) (the "Motion for Conditional Approval").

8.    On October 28, 2015, the Court entered its order granting the Motion for Conditional Approval (the "Order"). Among other things, the Order established November 18, 2015 as the deadline for filing fee applications.

9.    The Applicant timely files this motion in accordance with the Court's order.

**C.    DESCRIPTION OF ACTIVITY CODES/SERVICES**

10.    As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes generally in accordance with the Guidelines. Accordingly, each of the time entries of the attorneys and paraprofessionals of the Applicant have been indexed into the categories below:

   **001**:   General Representation: Applicant coordinated all compliance activities of the Debtors, including compliance with U.S. Trustee Guidelines, opening of DIP accounts, and completion of monthly debtor-in-possession operating reports; prepared Debtor for the initial debtor interview and Section 341 meeting of creditors, and attended such events on behalf of the Debtor; prepared for an attended multiple hearings in this case; and drafted the Chapter 11 Case Management Summary (Doc. No. 10) and Motion to Shorten Claims Bar Date (Doc. No. 31). Additionally,

counsel responded to general inquiries from the Debtor, creditors, and interested parties.

Applicant expended a total of 78.40 hours in this category and is requesting $26,007.00 for such services.

002: Schedules: Applicant prepared the initial petition and related forms, schedules, and statement of financial affairs, and any amendments or addendums to the schedules and statement of financial affairs.

Applicant expended a total of 2.50 hours in this category and is requesting $1,096.00 for such services.

003: Cash Collateral: Applicant provided legal counsel in connection with issues related the Debtors' budgets and continued use of cash collateral.

Applicant expended a total of 0.8 hours in this category and is requesting $440.00 for such services.

004: Professionals: Applicant prepared applications, declarations, and orders with respect to the retention of professionals, including Debtors' counsel (B&H), special tax counsel (Law Office of Frances D. Sheehy), accountant (CBIZ MHM LLC), and special counsel for purposes of the proposed sale transaction (Gray Robinson P.A.).

Applicant expended a total of 26.90 hours in this category and is requesting $7,629.00 for such services.

005: Plan of Reorganization: Applicant held multiple conferences with the Debtor, the potential buyer, Debtor's special tax counsel, and Debtor's special counsel for purposes of the proposed sale transaction regarding the proposed plan of reorganization, and drafted and filed the disclosure statement and plan of reorganization. Applicant also held multiple conferences with the Debtor to draft and

finalize the financial projections accompanying the Plan. After the filing of the disclosure statement and plan of reorganization, Applicant worked with parties objecting to confirmation to resolve such objections. Applicant has also prepared and solicited ballots regarding the plan of reorganization.

Applicant expended a total of 100.40 hours in this category and is requesting $31,850.00 for such services.

006:   Claims:   Applicant provided legal services with claims review and any objections thereto.

Applicant expended a total of 13.60 hours in this category and is requesting $3,782.00 for such services.

007:   Secured Creditors:   Applicant considered issues relating to the IRS's secured claims against the Debtor, as well as debts owed by the Debtor and his related entities to Krispy Kreme.

Applicant expended a total of 0.8 hours in this category and is requesting $440.00 for such services.

010:   Asset Sales:   Applicant provided legal services to Debtor with respect to the negotiation and sale of substantially all of Debtors' assets, including multiple conferences with the Debtor, the potential buyer, Debtor's special tax counsel, and Debtor's special counsel for purposes of the proposed sale transaction regarding the proposed plan of reorganization

Applicant expended a total of 24.00 hours in this category and is requesting $6,019.50 for such services.

D.   **EVALUATION OF SERVICES RENDERED**

11.     This Application has presented the nature and extent of the professional services the Applicant has rendered and for which the Applicant seeks compensation during the Application Period. The recitals set forth in the daily time records attached, constitute only a summary of the time spent and cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with its representation of the Debtor.

12.     *American Benefit Life Ins. Co. v. Baddock* ( *In re First Colonial Corp.)*, 544 F. 2d 1291 (5th Cir. 1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. These factors are: (1) the time and labor required, (2) the novelty and difficulty of the questions presented, (3) the skill required to perform the legal services properly, (4) the preclusion from other employment by the attorney due to the acceptance of the case, (5) the customary fee for similar work in the community, (6) whether the fee is fixed or contingent, (7) the time limitations imposed by the client or other circumstances, (8) the amount involved and results obtained, (9) the experience, reputation and ability of the attorneys, (10) the undesirability of the case, (11) the nature and length of the professional relationship with the client; (12) awards in similar cases.

13.     Based on the standards set forth in Section 330 of the Bankruptcy Code and *First Colonial*, the Applicant believes that the fair and reasonable value of its actual services rendered during the period covered by this Application are fees in the total amount of $77,263.50 plus expenses of $717.27 (not including the estimated fees and expenses).

14.     Applicant believes that approximately 24.00 additional hours of professional services will be needed for the period November 16, 2015 through December 2, 2015, for a total of $9,000.00. Also, Applicant estimates an additional $1,000.00 in expenses for such period will be

incurred. Applicant requests approval of estimated compensation and expenses from November 16, 2015 through December 2, 2015 in the total amount of $10,000.00.

**WHEREFORE,** Applicant requests that it be awarded compensation and expenses for services in the total amount of $87,980.77, which consists of $77,980.77 for the Application Period of June 13, 2015 through November 15, 2015, and for $10,000.00 for the period November 16, 2015 through December 2, 2015, and for such other and further relief as is just and proper in the circumstances.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

/s/ *Elizabeth A. Green*
Elizabeth A. Green
Florida Bar No. 0600547
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801
Tel: 407-649-4000
Fax: 407-841-0168
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **SUMMARY FOR FINAL APPLICATION OF THE LAW FIRM OF BAKER & HOSTETLER LLP FOR AWARD OF ATTORNEYS' FEES i/a/o $77,263.50 AND REIMBURSEMENT OF EXPENSES i/a/o $717.27 AND ESTIMATED FEES AND EXPENSES i/a/o $10,000.00**, has been furnished by U.S. Mail to: James P. Cosentino, 16146 Bristol Pointe Drive, Delray Beach, FL 33446 and by electronic submission to the Office of the U.S. Trustee, 51 SW First Avenue, Room 1204, Miami, FL 33130, dated this 18th day of November, 2015.

/s/ *Elizabeth A. Green*
Elizabeth A. Green