**Exhibit 1-A**

**Summary of Professional and Paraprofessional Time**

**Total per Individual for this Period Only**

| Name | Partner, Associate, or Paraprofessional | Year Licensed | Total Hours | 2015 Hourly Rate | Fee |
|---|---|---|---|---|---|
| Elizabeth A. Green | Partner | 1986 | 24.50 | $550.00 | $13,475.00 |
| Wendy Townsend | Of Counsel | 2000 | 7.20 | $395.00 | $2,844.00 |
| Andrew V. Layden | Associate | 2010 | 136.40 | $310.00 | $42,284.00 |
| Kwame G. Gyimah | Associate | 2014 | 21.70 | $245.00 | $5,316.50 |
| Deanna H. Lane | Paralegal | | 55.60 | $240.00 | $13,344.00 |
| | TOTAL | | 247.40 | | $77,263.50 |
| Blended Hourly Rate | | | | $375.00 | |
| Total Fees for Application Period: (6/13/15–11/15/15) | | | | $77,263.50 | |
| Total Estimated Fees for 11/16/15 to 12/2/15 (the date of confirmation hearing) | | | | $9,000.00 | |
| Total Fees for Application Period and for Estimated Fees | | | | $86,263.50 | |

12

# EXHIBIT 1-B
In re: James P. Cosentino
Case No. 15-20719

## General Representation (001)

| Timekeeper | Rate | Total Hours | Total |
|---|---|---|---|
| Elizabeth A. Green | $550.00 | 10.40 | $5,720.00 |
| Wendy C. Townsend | $395.00 | 6.90 | $2,725.50 |
| Andrew V. Layden | $310.00 | 41.30 | $12,803.00 |
| Kwame G. Gyimah | $245.00 | 1.30 | $318.50 |
| Deanna H. Lane | $240.00 | 18.50 | $4,440.00 |
| | Activity Subtotal | 78.40 | $26,007.00 |

## Schedules (002)

| Timekeeper | Rate | Total Hours | Total |
|---|---|---|---|
| Elizabeth A. Green | $550.00 | 1.60 | $880.00 |
| Deanna H. Lane | $240.00 | 0.90 | $216.00 |
| | Activity Subtotal | 2.50 | $1,096.00 |

## Cash Collateral (003)

| Timekeeper | Rate | Total Hours | Total |
|---|---|---|---|
| Elizabeth A. Green | $550.00 | 0.80 | $440.00 |
| | Activity Subtotal | 0.80 | $440.00 |

607638346

### Professionals (004)

| Timekeeper | Rate | Total Hours | Total |
|---|---:|---:|---:|
| Elizabeth A. Green | $550.00 | 0.60 | $330.00 |
| Andrew V. Layden | $310.00 | 14.10 | $4,371.00 |
| Deanna H. Lane | $240.00 | 12.20 | $2,928.00 |
| Activity Subtotal | | 26.90 | $7,629.00 |

### Plan of Reorganization (005)

| Timekeeper | Rate | Total Hours | Total |
|---|---:|---:|---:|
| Elizabeth A. Green | $550.00 | 8.30 | $4,565.00 |
| Wendy C. Townsend | $395.00 | 0.30 | $118.50 |
| Andrew V. Layden | $310.00 | 73.30 | $22,723.00 |
| Kwame G. Gyimah | $245.00 | 0.70 | 171.50 |
| Deanna L. Lane | $240.00 | 17.80 | $4,272.00 |
| Activity Subtotal | | 100.40 | $31,850.00 |

### Claims (006)

| Timekeeper | Rate | Total Hours | Total |
|---|---:|---:|---:|
| Andrew V. Layden | $310.00 | 7.40 | $2,294.00 |
| Deanna L. Lane | $240.00 | 6.20 | $1,488.00 |
| Activity Subtotal | | 13.60 | $3,782.00 |

### Secured Creditors (007)

| Timekeeper | Rate | Total Hours | Total |
|---|---:|---:|---:|
| Elizabeth A. Green | $550.00 | 0.80 | $440.00 |
| Activity Subtotal | | 0.80 | $440.00 |

607638346

## Asset Sales (010)

| Timekeeper | Rate | Total Hours | Total |
|---|---|---|---|
| Elizabeth A. Green | $550.00 | 2.00 | $1,100.00 |
| Andrew V. Layden | $310.00 | 0.3 | $93.00 |
| Kwame G. Gyimah | $245.00 | 19.70 | $4,826.50 |
| Kwame G. Gyimah | $0.00 | 2.0 | $0.00 |
| | **Activity Subtotal** | **24.00** | **$6,019.50** |

607638346